```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                       CASE NO. 08 B 12658
   JOHN R JOHNSON
                                             CHAPTER 13

                                             JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-7160


------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------------
     The case was filed on 05/16/2008 and was not confirmed.

     The case was dismissed without confirmation 07/14/2008.
------------------------------------------------------------------------------
CREDITOR NAME             CLASS          CLAIM AMOUNT     INTEREST       PRINCIPAL
                                                           PAID            PAID
------------------------------------------------------------------------------
AMERICA SERVICING COMPAN  CURRENT MORTG        .00           .00             .00
AMERICA SERVICING COMPAN  MORTGAGE ARRE   77948.90           .00             .00
AMERICAS SERVICING CO     NOTICE ONLY    NOT FILED           .00             .00
AMERICAS SERVICING COMPA  NOTICE ONLY    NOT FILED           .00             .00
CITIFINANCIAL AUTO CREDI  SECURED VEHIC    2000.00           .00             .00
HSBC BANK USA             NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE  SECURED              .00           .00             .00
INTERNAL REVENUE SERVICE  SECURED         19142.96           .00             .00
JERRY L HORNE & CAROL D   NOTICE ONLY    NOT FILED           .00             .00
JERRY L HORNE & CAROL D   CURRENT MORTG        .00           .00             .00
JERRY L HORNE & CAROL D   MORTGAGE ARRE   50301.90           .00             .00
STATE OF ILLINOIS         NOTICE ONLY    NOT FILED           .00             .00
UNITED STATES OF AMERICA  NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE  PRIORITY         8491.88           .00             .00
INTERNAL REVENUE SERVICE  PRIORITY       NOT FILED           .00             .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED           .00             .00
CAPITAL ONE               UNSEC W/INTER  NOT FILED           .00             .00
IHOR ANDRUSHKO            UNSEC W/INTER  NOT FILED           .00             .00
INTERNAL REVENUE SERVICE  UNSEC W/INTER        .00           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
DIANE R CANTU             NOTICE ONLY    NOT FILED           .00             .00
ILLINOIS DEPT OF REVENUE  UNSECURED        2473.70           .00             .00
DENNIS G KNIPP            DEBTOR ATTY     2,000.00                           .00
TOM VAUGHN                TRUSTEE                                            .00
DEBTOR REFUND             REFUND                                             .00

        Summary of Receipts and Disbursements:
------------------------------------------------------------------------------
                       RECEIPTS         DISBURSEMENTS
------------------------------------------------------------------------------

                PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 08 B 12658 JOHN R JOHNSON
```

```
TRUSTEE                                                      .00

PRIORITY                                                                .00
SECURED                                                                 .00
UNSECURED                                                               .00
ADMINISTRATIVE                                                          .00
TRUSTEE COMPENSATION                                                    .00
DEBTOR REFUND                                                           .00
                                       ---------------    ---------------
TOTALS                                             .00                .00
```

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

```
                                        /s/ Tom Vaughn
     Dated: 10/22/08                    _____
                                        TOM VAUGHN
                                        CHAPTER 13 TRUSTEE
```